UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN TRENT CARTER,<br><br>Defendant. | No: 1:13-cr-00045 NONE<br><br>ORDER GRANTING REQUEST TO SEAL<br><br>(Doc. No. 38) |

Defendant has requested to file Exhibit 5 to his motion for compassionate release, which consists of medical records of Allen Trent Carter, under seal. (See Doc. No. 38.) The court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The court finds that sealing Exhibit 5 serves a compelling privacy interest; that, in the absence of sealing, the compelling privacy interest would be harmed; and that there are no additional alternatives to sealing Exhibit 5 that would adequately protect the compelling privacy interest.

Pursuant to Local Rule 141(b), and based on the representations contained in the request to seal, IT IS HEREBY ORDERED that the defendant's Exhibit 5 shall be SEALED until further

/////

/////

order of this court.  It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

IT IS SO ORDERED.

Dated: __**September 28, 2021**__            _____/s/ Dale A. Drozd_____
                                                                UNITED STATES DISTRICT JUDGE