Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
 Fax: (559) 459-0656

Attorney for Allen Trent Carter

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>ALLEN TRENT CARTER,<br><br>Defendant. | CASE No:  1:13-cr-00045-NONE<br><br>Stipulation Setting Dates to File Opposition and Reply Briefs Regarding Motion to Vacate and/or Reduce Sentence; and Order |
|---|---|

On September 23, 2021 a Notice of Motion and Motion to Vacate and/or Reduce Sentence was filed on behalf of Allen Carter (DOC. 36).   By this stipulation the parties agree that the government will have until October 29, 2021 to file its opposition.  The defense will then have until November 22, 2021 to file its reply to the government's opposition.

   IT IS SO STIPULATED.


Dated October 19, 2021                              s/s Barbara Hope O'Neill
                                                    Barbara Hope O'Neill
                                                    Attorney for Allen Trent Carter


Dated October 19, 2021                               s/s David Gappa_____
                                                    David Gappa
                                                    Assistant United States Attorney

1

ORDER

Pursuant to the above stipulation, the government will have until October 29, 2021 to file its opposition to defendant's pending motion to vacate and/or reduce sentence (Doc. No. 36). The defense will then have until November 22, 2021 to file its reply to the government's opposition.

IT IS SO ORDERED.

Dated:   **October 20, 2021**               *Dale A. Drozd*
                                    UNITED STATES DISTRICT JUDGE

2